UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TREVON JAMEL-CALVIN KING,

      Plaintiff,                             Case No. 24-cv-12342
                                         Honorable Linda V. Parker

v.

CHE, MAXWELL, and RGC,

      Defendants.

_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff commenced this lawsuit against Defendants on September 9, 2024. On August 29, 2025, Defendants filed a motion for summary judgment under Federal Rule of Civil Procedure 56, contending that Plaintiff failed to exhaust his administrative remedies before filing suit.  (ECF No. 21.)  The matter has been assigned to Magistrate Judge Elizabeth A. Stafford for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 14.)

On December 8, 2025, Magistrate Judge Stafford issued a report and recommendation ("R&R") recommending that the Court grant Defendants' motion. (ECF No. 23.)  At the conclusion of the R&R, Magistrate Judge Stafford advises

the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  She further specifically advises the parties that the failure to file specific objections constitutes a waiver of any further right to appeal. (*Id*.)  Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Stafford.  The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendants' motion for summary judgment (ECF No. 21) is **GRANTED**.

Date:  March 3, 2026       s/LINDA V. PARKER
               UNITED STATES DISTRICT JUDGE

2