UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TREVON JAMEL-CALVIN KING,

     Plaintiff,                      Case No. 24-cv-12342
                                      Honorable Linda V. Parker

v.

CHE, MAXWELL, and RGC,

     Defendants.
_____/

## **JUDGMENT**

Plaintiff commenced this lawsuit against Defendants on September 9, 2024. On August 29, 2025, Defendants filed a motion for summary judgment under Federal Rule of Civil Procedure 56, which this Court granted in an Opinion and Order on today's date.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** and this case is **CLOSED**.

Date: March 3, 2026          s/LINDA V. PARKER
                               UNITED STATES DISTRICT JUDGE